UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | No. 07-357 |
| KEVIN DAVIS | SECTION I |

### CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the motion to vacate, set aside, or correct a sentence, filed by the defendant, Kevin Davis, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____

\_\_\_X\_\_\_ a certificate of appealability shall not be issued for the following reason(s):

For the reasons set forth in this Court's October 16, 2013 Order and Reasons, petitioner has failed to make a substantial showing of the denial of a constitutional right.

New Orleans, Louisiana, October 17, 2013.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**